# SERCARZ & RIOPELLE, LLP

950 THIRD AVENUE, 31st FLOOR
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*ADMITTED IN NY & NJ

Application Granted.
SO ORDERED.
Dated: 6/27/2024

*P. Kevin Castel*
United States District Judge

June 19, 2024

**BY PRIORITY MAIL and ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Da Costa,* 23 CR 610 (PKC)
**Wilson Daniel Freita Da Costa - Defendant**

Your Honor:

Enclosed please find an unredacted courtesy copy of Defendant Wilson Da Costa's Motion for Bail with a thumb drive containing accompanying Exhibits A through I.

I write to request that Exhibits A and B of our motion may be filed under seal.

These exhibits were obtained from the Government as part of Discovery. The exhibits were provided to defense counsel pursuant to a Protective Order which restricts the individuals who are permitted to view the contents of the documents. As a result, the public filing of our motion will result in the dissemination of Discovery material beyond the bounds of the Protective Order.

**Conclusion**

[ For all of the reasons set forth herein, we respectfully request that the Court permit us to file Exhibits A and B under seal. ]

1

Most respectfully,

/s/ Maurice H. Sercarz

cc: All Parties (by ECF)