# EXHIBIT B (REDACTED)

ATTORNEY'S POSSESSION ONLY

November 16, 2023 Interview of █████████

10:22 AM

USG: Shiva Logarajah, Jennifer Ong, Ryan Allison, Timothy McCann

█████████, Pallas: Josh Naftalis, Jingxi Zhai

10:23 AM, Ong - Candor advisal, proffer agreement explanation by paragraph.

Machado indicated he understood. Proffer agreement signed.

Safety briefing



1

DACOSTA introduced to engineer who was a shareholder of MAMFE. At the time, it was an engineer who lives in the U.S. I remember seeing the passports. Not Thomas TANYI – hired him because of ▆▆▆▆

Electric engineer working in capital bank here. Had seen passport. U.S. I said DACOSTA I want to come invest here, they have no power, meet with everyone. DACOSTA introduced ▆▆▆▆ to logistics guy, one guy who was connected to finance minister. Met at the end of 2015. Met these guys and started to open branch there. These guys would assess projects, introduce ▆▆▆▆ to people, energy, etc. ▆▆▆▆ paid these guys and viewed them as consultants. Outcome of deals would be huge. Had MOUs to start a gas plant, etc. MANDY would have run. On the ground would have been a lot of work. Started in Douala, moved to Yaounde.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Sent money initially to pay the logistics guy. One of the shareholders of MAMFE – the guy who was a banker.

CC ENERGY.

CMEC was a big sponsor of MACHADO and paid in cash.

▆▆▆▆ paid logistics connected to guys consulting to him in Cameroon.

First saw the contract between MAMFE and PERA when provided to counsel… thinks DACOSTA made it for the banks.

More or less sent $5 million to DACOSTA and company including to MAMFE.

Invoices are not real…. Never sent anything to DACOSTA. They were not doing work in Mozambique, Cameroon, Angola -- only doing work in Cameroon.

Not even his signature. Doesn't remember if DACOSTA sent to him.

Was not to facilitate anything in Angola.

Paid to Cameroon. Did have an understanding that if he paid to MAMFE it would eventually make its way back to ▆▆▆▆ and DACOSTA.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

8

GE sold turbines to CMEC for SOYO plant.

▓▓▓▓ banking at NOOR bank. PERA did make payments to MAMFE.

Shown on TAB 4 and TAB 5. Sent to personal email. Told DC wrong address, I don't know what this is. because he wanted to keep AE and Angola things separate. Trying to keep Angola and Cameroon separate.

TAB 6 – Does not known what the invoice is? Did not make payment based on the invoices. Made a series of payments and a bigger payment at the end. Just make it for the banks. Why would he send these invoices to you? Thinks because he was getting paid. Thinks it was DACOSTA sending it as a way to ask him for money.

Invoice signed by Young VIVENSI – doesn't know this person.

Did you make payments to DACOSTA or MAMFE to help with the Angola deal?

No, never.

Did they ever ask for a payment?

Yes, but in a particular style. ▓▓▓▓ never said no, never had the money.

DACOSTA has no real power at GE. People that make the decisions are in the U.S. at GE.

Break at 12:35



9