UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                                                   23-cr-610 (PKC)

             -against-                                                           ORDER

WILSON DANIEL FREITA DA COSTA,

                     Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The Clerk is respectfully directed to maintain under seal Exhibit 1 filed at ECF 53-1 and to unseal the memorandum of law filed at ECF 53.

       SO ORDERED.

                                                               P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
           October 22, 2024