**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 6, 2024

*Proposed schedule is APPROVED - SO ORDERED.*
*/s/ P. Kevin Castel USDJ 12-11-24*

**BY EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Wilson Daniel Freita Da Costa*, S1 23 Cr. 610 (PKC)

Dear Judge Castel:

On November 29, 2024, the defendant filed a motion for an acquittal or, in the alternative, for a new trial, pursuant to Federal Rules of Criminal Procedure 29 and 33. The Government writes to propose the following briefing schedule regarding the motion:

- The Government's opposition brief shall be filed no later than December 20, 2024.
- Any reply brief, should the defense wish to file a reply, shall be filed no later than January 3, 2024.

The Government has conferred with defense counsel, and defense counsel consents to the proposed briefing schedule.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____
Christopher Brumwell
Jennifer N. Ong
Assistant United States Attorneys
(212) 637-2477/ -2224

cc:  Maurice Sercarz (by email)
     Roland Riopelle (by email)
     Xavier Donaldson (by email)