# SERCARZ & RIOPELLE, LLP

950 THIRD AVENUE, 31st FLOOR
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

___

*ADMITTED IN NY & NJ

December 16, 2024

**BY ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application to file under seal granted. Motion must be served on Mr. Da Costa and Mr. Donaldson.*

*SO ORDERED*
*[signature] U, USDJ*
*12-17-24*

Re:    ***United States v. Da Costa, 23 CR 610 (PKC)***
       **Wilson Daniel Freita Da Costa - Defendant**

Your Honor:

Over the past few days, events have occurred which require us to make an application to withdraw as counsel for Mr. Da Costa in the above referenced matter.

In accordance with the requirements of Rule 1.6 of the Model Code of Professional Conduct, we respectfully request that we be permitted to file a Declaration, Under Seal, in which we spell out the basis for our application to withdraw as counsel.

Most respectfully,

/s/ Maurice H. Sercarz

cc:  All Parties (by ECF)

1